No. 86–1089. MERKT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–1106. BECK *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 86–1205. KARASH, AS GUARDIAN AD LITEM FOR LOWE, A MINOR *v.* COUNTY OF SAN DIEGO. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 86–1270. APRILE ET AL. *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 86–1274. ARTHUR ANDERSEN & CO. *v.* RUDOLPH ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–1280. TENNESSEE *v.* HERRINGTON, SECRETARY OF ENERGY. C. A. 6th Cir. Certiorari denied.

No. 86–1290. WILSON, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILSON, ET AL. *v.* BURLINGTON NORTHERN RAILROAD CO. C. A. 10th Cir. Certiorari denied.

No. 86–1292. CHUIDIAN *v.* SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY (PHILIPPINE EXPORT & FOREIGN LOAN GUARANTEE CORP., REAL PARTY IN INTEREST). Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 86–1296. AIR LINE PILOTS ASSN., INTERNATIONAL *v.* UNITED AIR LINES, INC. C. A. 7th Cir. Certiorari denied.

No. 86–1301. CHEEK *v.* BECK ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1303. LUBBEHUSEN ET AL. *v.* INDIANA ET AL. Ct. App. Ind. Certiorari denied.

No. 86–1305. CITY OF IRVINE *v.* COUNTY OF ORANGE ET AL. C. A. 9th Cir. Certiorari denied.